UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRAIG CUNNINGHAM,

             Plaintiff,

-v.-

BIG THINK CAPITAL, INC., DAN ISRAEL, and JOHN/JANE DOES 1-5,

             Defendants.

20 Civ. 10623 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    As discussed with the parties in email correspondence, the parties are hereby ORDERED to appear for a telephonic conference on **February 18, 2021, at 3:00 p.m.** To access the conference, the parties shall call (888) 363-4749 and enter access code 5123533#. Please note, the conference line will not be available prior to 3:00 p.m.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff's address of record.

    SO ORDERED.

Dated:    February 9, 2021
             New York, New York

                                      KATHERINE POLK FAILLA
                                      United States District Judge